UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Charles Edward Gorgol,　　　　　　　　　　　　　Civil No. 17-40 (DWF/TNL)

　　　　　　　Petitioner,

v.　　　　　　　　　　　　　　　　　　　　**ORDER ADOPTING REPORT
　　　　　　　　　　　　　　　　　　　　　AND RECOMMENDATION**

State of Minnesota,

　　　　　　　Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Tony N. Leung dated February 14, 2017. (Doc. No. 6.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Tony N. Leung's February 14, 2017 Report and Recommendation (Doc. No. [6]) is **ADOPTED**.

2. The petition for a writ of habeas corpus of petitioner Charles Edward Gorgol (Doc. No. [1]) is **SUMMARILY DENIED**.

3. This action is **DISMISSED**.

4. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  March 23, 2017          s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge